# Court of Appeals
# of the State of Georgia

ATLANTA,    June 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0422. ANDREA MAST KESSEL v. GREGORY PAUL KESSEL.**

      The trial court entered a final judgment and decree of divorce, dissolving the marriage of Andrea Kessell and Gregory Kessel on May 7, 2013. Andrea Kessell filed this application for discretionary appeal, seeking to appeal the alimony, child support and custody, as well as the visitation provisions in the decree. We lack jurisdiction.

      The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/26/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*